GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Ave, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646
Email: gstcrimlaw@yahoo.com

JESSE GARCIA [061223]
Attorney for Defendant
NOEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO.:17-CR-00547-JST-1 |
| ) | |
| Plaintiffs, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | HEARING OF JANUARY 5, 2018 |
| ) | |
| NOEL GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| _____/ ) | |

     Noel Gonzalez, by and through his counsel, Jesse J. Garcia, and the United States Government, by and through its counsel, Andrew F. Dawson, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the status hearing presently set for January 5, 2017, at 9:30 a.m. to February 9, 2018 at 9:30 a.m. The parties further agree than an exclusion of time for the intervening period is appropriate for effective preparation of counsel and continuity of counsel.

//

//

Counsel for defendant, Jesse J. Garcia has cleared the date of February 9, 2018 with William Noble, Courtroom Deputy Clerk for the Honorable Jon S. Tigar.

SO STIPULATED:

Dated: January 4, 2018                    Respectfully submitted,


                                          /S/ JESSE J. GARCIA
                                          JESSE J. GARCIA
                                          Attorney for Defendant
                                          NOEL GONZALEZ


Dated: January 4, 2018

                                          /S/ANDREW F. DAWSON
                                          ANDREW F. DAWSON
                                          Assistant United States Attorney
                                          (Authorized to sign on behalf of
                                          Andrew F. Dawson on January 4, 2018)


## ~~(PROPOSED)~~ ORDER

IT IS HEREBY ORDERED that the status hearing in this case, currently scheduled on January 5, 2018, at 9:30 a.m., be continued to February 9, 2018, at 9:30 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to February 9, 2018, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy and public trial, and the failure to grant the requested continuance would

unreasonably deny counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account due diligence.

IT IS SO ORDERED:

DATED: January 4, 2018



STIPULATION AND ORDER TO CONTINUE STATUS HEARING
U.S.A. V. NOEL GONZALEZ 17-CR-00547-JST-1                                                          3