GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Avenue, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646

JESSE J. GARCIA (SB: 61223)
Attorney for Defendant
NOEL GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NOEL GONZALEZ, <br><br> Defendant. | CASE NO.: 4:17-CR-00547-JST-1 <br> MAGISTRATE JUDGE CASE NO.: 4:16-MJ-71579 <br><br> STIPULATION AND [PROPOSED] TRAVEL ORDER |

    Defendant, Noel Gonzalez, has requested permission to travel to Los Angeles, California, from March 23, 2018 through March 27, 2018.

    Defendant will be staying with family from March 23, 2018 through March 27, 2018, at 14617 Fox Street in the City of Mission Hills, CA.

    Assistant United States Attorney, Andrew F. Dawson, and Jessica Portillo of Pretrial Services have been notified of this request to travel outside of the Northern District on the above-referenced date and they have no objection.

    SO STIPULATED:

| | |
|---|---|
| Dated: March 2, 2018 | /s/<br>Andrew Dawson<br>Assistant United States Attorney<br>Authorized to sign for ANDREW DAWSON<br>Assistant United States Attorney<br>on March 2, 2018 |
| Dated: March 2, 2018 | /s/<br>JESSE J. GARCIA<br>Attorney for Defendant<br>Noel Gonzalez |
| Dated: March 2, 2018 | /s/<br>JESSICA PORTILLO<br>United Stated Pretrial Services<br>Authorized to sign for JESSICA PORTILLO<br>United States Pretrial Services Officer<br>on March 2, 2018 |

ORDER

**IT IS HEREBY ORDERED** that the defendant be permitted to travel to Los Angeles, California, from March 23, 2018 through March 27, 2018.

Dated: 3/6/18

Kandis A. Westmore
Magistrate Judge
United States District Court

U.S.A. v. Noel Gonzalez
Case No.: 4:17-CR-00547-JST-1