GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton Ave, Suite 208
Hayward, California 94544
Telephone: (510) 887-7445
Facsimile: (510) 887-0646
Email: gstcrimlaw@yahoo.com

JESSE GARCIA [061223]
Attorney for Defendant
NOEL GONZALEZ

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> NOEL GONZALEZ, <br><br> Defendant. | CASE NO.: 17-CR-00547-JST-1 <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE SENTENCING HEARING CURRENTLY SCHEDULED FOR AUGUST 10, 2018 |

Noel Gonzalez, by and through his counsel, Jesse J. Garcia, and the United States Government, by and through its counsel, Andrew F. Dawson, Assistant United States Attorney, jointly stipulate and respectfully request the Court to reset the Sentencing hearing presently set from August 10, 2018, at 9:30 a.m. to August 31, 2018, at 9:30 a.m.

Counsel for defendant, Jesse J. Garcia has cleared the date of August 31, 2018 with William Noble, Courtroom Deputy Clerk for the Honorable Jon S. Tigar.

//

//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
U.S.A. V. NOEL GONZALEZ, CASE NO.: 17-CR-00547-JST-1     1

SO STIPULATED:

Respectfully submitted,

Dated: June 26, 2018          /S/ JESSE J. GARCIA
                              JESSE J. GARCIA
                              Attorney for Defendant
                              NOEL GONZALEZ

Dated: June 26, 2018          /S/ANDREW F. DAWSON
                              ANDREW F. DAWSON
                              Assistant United States Attorney
                              (Authorized to sign on behalf of
                              Andrew F. Dawson on June 26, 2018)

### (PROPOSED) ORDER

IT IS HEREBY ORDERED that the sentencing hearing in this case, currently scheduled on August 10, 2018, at 9:30 a.m. be continued to August 31, 2018 at 9:30 a.m.

IT IS SO ORDERED:

DATED: June 26, 2018

IT IS SO ORDERED
Judge Jon S. Tigar